CORINNE B. DILLON, Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, et al., Defendants.— Order, so far as appealed from,

affirmed, with twenty dollars costs and disbursements. No opinion. Present —Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion as to item 5. The date for the examination to proceed to be fixed in the order. Settle order on notice.